1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID BENNETT,                        **CASE No. 1:16-cv-1749-MJS (PC)**

12            Plaintiff,                    **ORDER**

13        v.                               **(1) CONVERTING APRIL 24, 2017,**
                                           **FINDINGS AND**
14   DEBBIE ASUNCION, et al.,              **RECOMMENDATIONS TO ORDER;**
                                           **AND**
15            Defendants.

16                                          **(2) DENYING PLAINTIFF'S REQUEST**
                                           **FOR INJUNCTIVE RELIEF**
17

18                                          **(ECF NOS. 5, 13)**

19

20       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights

21   action pursuant to 42 U.S.C. § 1983. On April 24, 2017, the Court issued Findings and

22   aRecommendation (ECF No. 13) that Plaintiff's December 5, 2016, motion for injunctive

23   relief (ECF No. 5) be denied. Then, on June 16, 2017, this case was reassigned to the

24   undersigned following Plaintiff's June 2, 2017, consent to the jurisdiction of a magistrate

25   judge. (ECF Nos. 16, 18.) No other parties have appeared in this action.

26       In light of the reassignment order, IT IS HEREBY ORDERED that:

27

28

                                            1

1    1. The April 24, 2017, Findings and Recommendations (ECF No. 13) are

2       converted to an Order; and

3    2. Plaintiff's December 5, 2016, motion seeking injunctive relief (ECF No. 5) is

4       DENIED.

5

6    IT IS SO ORDERED.

7       Dated:    June 19, 2017        /s/ *Michael J. Seng*

8                                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28