| | |
|---|---|
| DAVID BENNETT,<br><br>        Plaintiff,<br><br>v.<br><br>DEBBIE ASUNCION, et al.,<br><br>        Defendants. | **CASE No. 1:16-cv-1749-MJS (PC)**<br><br>**ORDER**<br><br>**(1) GRANTING MOTION FOR EXTENSION OF TIME; AND**<br><br>**(2) DENYING MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>**(ECF NO. 14)**<br><br>**THIRTY-DAY DEADLINE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge. No other parties have appeared in this action.

On January 9, 2017, Plaintiff's complaint was dismissed with leave to amend. (ECF No. 6.) Plaintiff has now filed his third motion for extension of time to file an amended complaint. (ECF No. 14.) Good cause appearing, one **final** extension of time will be granted. There shall be **no further extensions of time** without a showing of new, and presently unforeseeable, circumstances showing good cause for same.

1

Plaintiff has also requested reimbursement of attorney's fees and costs for the time and effort he has expended on this case thus far. Since Plaintiff is proceeding in pro per, there is no indication that he is an attorney, there is no viable complaint, and there is no stated basis for an award of such fees and costs, his request will be denied.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's third motion for extension of time (ECF No. 14) is GRANTED. Plaintiff shall file an amended pleading within thirty days from the date of this Order; and
2. Plaintiff's motion for attorney's fees and costs is DENIED.

IT IS SO ORDERED.

Dated: June 19, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE